IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LEE BAUER, | No. C 11-4802 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| RAFAEL MIRANDA, CLARK, | (Docket No. 2) |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California State Prison, Corcoran ("Corcoran"). Defendants are located at the High Desert State Prison ("HDSP"), where plaintiff was formerly incarcerated and the events that give rise to plaintiff's claims are alleged to have taken place. HDSP lies within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). The application to proceed in forma pauperis ("IFP") is deferred to the Eastern District. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: October   28  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\BAUER4802.TRN.wpd